# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00685-ZLW

JUSTIN JOSEPH RUEB,

    Applicant,

v.

CALIFORNIA DEPT. OF CORRECTIONS,
LARRY REID (Warden), and
THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

    Respondents.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 23 2007

GREGORY C. LANGHAM
    CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The motion titled "Motion to Have Extra Submitted Copies of the Above Entitled 'Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254' and Accompanying Exhibits" submitted to and filed with the Court ***pro se*** by Plaintiff Justin Joseph Rueb on May 21, 2007, is DENIED. The Court no longer is in possession of the extra copies of the complaint and exhibits Mr. Rueb requests.

Dated: May 23, 2007

---

Copies of this Minute Order mailed on May 23, 2007, to the following:

Justin Joseph Rueb
Prisoner No. 94567
CSP - Unit A6-23
PO Box 777
Cañon City, CO 81215- 0777

                                                Secretary/Deputy Clerk